# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

M.V., individually and on behalf of, G.V., a Student with a Disability,
       Plaintiff(s)

vs.                       CASE NUMBER: 1:11-CV-0701

**SHENENDEHOWA CENTRAL SCHOOL DISTRICT**,
       Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That Defendant's motion for summary judgment is granted; Plaintiff's cross-motion for summary judgment is denied; and the Plaintiff's complaint is dismissed,

All of the above pursuant to the order of the Honorable Judge GLENN T. SUDDABY, dated the 7th day of March, 2013.

DATED: March 8, 2013

_Lawrence K. Baerman_
Clerk of Court

s/Christine Mergenthaler
Deputy Clerk

entered and
served 3/8/13 - cm